# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA V. GREGORY JOHNSON, JR. | **EXHIBIT WITNESS LIST** Case Number: 22-96 L (1) |
|---|---|

| PRESIDING JUDGE Eldon E. Fallon | GOVERNMENT'S ATTORNEY Rachal Cassagne | DEFENDANT'S ATTORNEY Maura Doherty |
|---|---|---|
| MOTION HEARING DATE December 7, 2023 | COURT REPORTER Sammantha Morgan | COURTROOM DEPUTY Dean Oser |

| Govt. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12/7/23 | X | X | Photograph of Bourgeois's apartment at 2114 Foucher Street; |
| 2 | | 12/7/23 | X | X | Photograph of Johnson's Mercedes Benz parked around the corner from the apartment; |
| 3 | | 12/7/23 | X | X | Google Earth view of the distance from Johnson's Mercedes to 2114 Foucher Street; |
| 4 | | 12/7/23 | X | X | USPS shipping receipt located in Johnson's cell phone; |
| 5 | | 12/7/23 | X | X | USPS shipping label seized during search of 2114 Foucher Street; |
| 6 | | 12/7/23 | X | X | DEA Policy on Inventory Searches; |
| 7 | | 12/7/23 | X | X | DEA-12 Form Receipt for Cash or Other Items dated 4/28/22; |
| 8 | | 12/7/23 | X | X | DEA-292 Form Secured Party Indemnity Agreement dated 4/28/22; |
| 10 | | 12/7/23 | X | X | Photograph depicted Johnson's firearm in the driver's door panel of Johnson's Mercedes |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.